# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUGHES,<br><br>                             Plaintiff,<br>v.<br><br>EQUIFAX INC.,<br><br>                            Defendant. | Case No.: 16-CV-1940 W (WVG)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL [DOC. 5]** |

    Plaintiff has filed a notice of voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [Doc. 5.] This action is dismissed **WITH PREJUDICE**. The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated: December 16, 2016

_____
Hon. Thomas J. Whelan
United States District Judge